Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. SILVA,<br>        Petitioner,<br>   v.<br>TIM JOHNSON, Warden,<br>        Respondent. | Case No. 18-cv-05660-YGR (PR)<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order Denying the Petition for Writ of Habeas Corpus; and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

Dated: September 25, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge